OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE



U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 OCT 15 2015

**10/13/2015**
**SIMMONS, RONALD**      Tr.Ct. No. 574864-B                 **WR-76,973-02**
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

RONALD SIMMONS
~~MSC~~ TDC # 611337

UTF

RTS: OFFENDER NO LONGER
IN THE SYSTEM